IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD BUTLER and
CASEY BUTLER                                                                PLAINTIFFS

v.                              No. 3:15-cv-273-DPM

SCOTT McKNETT and
DANNIK HOME BUILDERS, INC.                                       DEFENDANTS

## ORDER

All defendants have filed bankruptcy. № 11. All pending motions, № 3, 5, & 8, are denied without prejudice. The case is stayed and administratively terminated. Status report from defendants due by 31 March 2016, and every six months thereafter. If there is no action in the case by 15 December 2016, the Court will lift the stay and dismiss without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 October 2015