IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD BUTLER and
CASEY BUTLER                                              PLAINTIFFS

v.                          No. 3:15-cv-273-DPM

SCOTT McKNETT and
DANNIK HOME BUILDERS, INC.                    DEFENDANTS

### ORDER

Status reports, № 18 & 19, appreciated. The Court notes that Scott
McKnett has been discharged, and that Dannik Home Builders is awaiting
discharge. The Court will withhold judgment until it receives another status
report, due 6 December 2017. If Dannik Home Builders hasn't been
discharged by then, the report should include information about the ongoing
bankruptcy proceedings and any expected discharge date.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____9 May 2017_____