# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

RICHARD BUTLER and
CASEY BUTLER                                                    PLAINTIFFS

v.                            No. 3:15-cv-273-DPM

SCOTT McKNETT and DANNIK
HOME BUILDERS, INC.                                          DEFENDANTS

## ORDER

The parties' status report is overdue. № 24. Unless a party requests some relief before 6 August 2018, the Court will lift the stay and dismiss this case without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_27 July 2018_