IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD BUTLER and
CASEY BUTLER                                                     PLAINTIFFS

v.                          No. 3:15-cv-273-DPM

SCOTT McKNETT and DANNIK
HOME BUILDERS, INC.                                              DEFENDANTS

## ORDER

Pursuant to its Order, № 25, the Court lifts the stay and reopens the case. Butler's complaint will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

7 August 2018