IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD BUTLER and
CASEY BUTLER                                                            PLAINTIFFS

v.                          No. 3:15-cv-273-DPM

SCOTT McKNETT and DANNIK
HOME BUILDERS, INC.                                                     DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 August 2018